In re Estate of Elizabeth Swalm, deceased. Hattie Wagner Crosby, appellant. Gen. No. 8,492.

Opinion filed February 19, 1934.

Faulkner & Faulkner, for appellant; James W. Faulkner, of counsel. Frank J. Jones, for appellee.

Per curiam.

THIRD DISTRICT.

T. W. Doss, appellee, v. Wm. P. Foran, appellant. Gen. No. 8,783.

Opinion filed January 12, 1934.

E. J. Hawbaker, for appellant. Doss, Glasgow & Corbett, Reed & Reed and Herrick & Herrick, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Louis J. Bremer, administrator of the estate of Thomas K. Goff, deceased, appellee, v. V. P. Miller and Southern Limited, Inc., appellants. Gen. No. 8,792.

Opinion filed January 12, 1934. Rehearing denied April 4, 1934.

John A. Bloomingston and Gunn, Penwell & Lindley, for appellant V. P. Miller; Harold Lindley, of counsel. Anson H. Brown and Mann & Stifler, for appellant Southern Limited, Inc.; O. D. Mann and Charles W. Hadley, of counsel. Hutton & Clark and O. W. Longenecker, for appellee; H. Ernest Hutton, of counsel.

Mr. Justice Davis delivered the opinion of the court.